Patrick Cuezze, Esq. (SBN 19766)
Krohn & Moss, Ltd.
120 W. Madison Street, 10th Floor
Chicago, IL 60602
T: (816) 931-0911; F: (866) 802-0021
pcuezze@consumerlawcenter.com
Attorneys for Plaintiff,
BENJAMIN RUSK

# IN THE DISTRICT COURT OF KANSAS
## KANSAS CITY DIVISION

| | |
|---|---|
| BENJAMIN RUSK, | Case No.: 09-CV-2508 CM/KGS |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| vs. | **(Unlawful Debt Collection Practices)** |
| MID CONTINENT CREDIT SERVICES, INC., | |
| Defendant. | |

## COMPLAINT

BENJAMIN RUSK (Plaintiff), by his attorneys, KROHN & MOSS, LTD., alleges the following against MID CONTINENT CREDIT SERVICES, INC.(Defendant):

## INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA). According to the FDCPA, the United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors, and has determined that abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy. Congress wrote the

1. FDCPA to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses. *15 U.S.C. 1692(a) – (e).*

2. Plaintiff brings this action to challenge Defendant's actions with regard to attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff damages.

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy".

5. Because Defendant maintains a business office and conducts business in the state of California, personal jurisdiction is established.

6. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

7. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

8. Plaintiff is a natural person who resides in Wichita, Kansas and is allegedly obligated to pay a debt and is a "consumer" as that term is defined by *15 U.S.C. 1692a(3)*.

9. Defendant is a national company with a business office in Wichita, Kansas.

10. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged consumer debt (see call log attached hereto as Exhibit "A")

12. Plaintiff advised Defendant to not contact him on his cell phone as the calls were costing Plaintiff money. However collection calls persist to Plaintiff's office number despite the fact that Plaintiff has disputed the debt in writing within the first 30 days of receiving notice of the alleged debt. (see letter attached hereto as Exhibit "B" and see AT&T Phone records reflecting calls attached hereto as Exhibit "C"). Further, Defendant stated they will call "three times a day" seeking payment for the alleged consumer debt.

13. Plaintiff sent Defendant a dispute letter seeking validation of the alleged consumer debt (see exhibit "D"). While Defendant was preparing and providing Plaintiff with a validation letter, the collection calls continue to persist.

14. Defendant threatened to garnish Plaintiff's wages and assets while seeking and demanding payment for the alleged consumer debt. To date, no wages or assets have been garnished.

15. Defendant threatened legal action against Plaintiff while seeking and demanding payment for an alleged consumer debt. To date, no lawsuit has

been filed.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692c(a)(1)* of the FDCPA by contacting Plaintiff at a time and place known to be inconvenient.

   b. Defendant violated *§1692c(C)* of the FDCPA by contacting Plaintiff after receiving written notification that Plaintiff refuses to pay the debt or that Plaintiff wants collector to cease communication.

   c. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, and abuse Plaintiff.

   d. Defendant violated *§1692e* of the FDCPA by making false, deceptive, and misleading representations in connection with debt collection.

   e. Defendant violated *§1692e(2)* of the FDCPA by misrepresenting the character, amount, and legal status of the alleged debt.

   f. Defendant violated *§1692e(4)* of the by threatening that nonpayment of the consumer debt will result in seizure, garnishment, or attachment.

   g. Defendant violated *§1692e(5)* of the FDCPA by threatening to take action that cannot legally be taken and/or is not intended to be taken.

   h. Defendant violated *§1692f* of the FDCPA by engaging in unfair and unconscionable means to collect or attempt to collect a debt.

   i. Defendant violated *§1692g* of the FDCPA

WHEREFORE, Plaintiff, BENJAMIN RUSK respectfully requests judgment be

- 4 -

COMPLAINT

entered against Defendant, MID CONTINENT CREDIT SERVICES, INC., for the following:

17. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,
18. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,
19. Actual damages,
20. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*
21. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, BENJAMIN RUSK, demands a jury trial in this cause of action. Plaintiff designates Kansas City as place for trial.

RESPECTFULLY SUBMITTED,

DATED: September 22, 2009        KROHN & MOSS, LTD.

By:  /s/ Patrick Cuezze
Patrick Cuezze, Esq.
120 W. Madison Street, 10th Floor
Chicago, IL 60602

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF KANSAS

Plaintiff, BENAJMIN RUSK, states as follows:
1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, BENAJMIN RUSK, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 9-15-09

BENAJMIN RUSK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**<u>EXHIBIT A</u>**

COMPLAINT



```
Bobbie /   10:00   4-6-09
           10:49   4-8-09
           10:50   4-8-09
           10:19   4-10-09
           10:20   4-10-09
           12:05   4-15-09
           12:06   4-15-09
           9:51    4-16-09
           9:54    4-16-09
DJ /       9:33   -4-17-09
           9:38    4-17-09

           9:45    7-28-09

Ronni Lee  4:45    8-24-09
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**EXHIBIT B**

- 8 -

COMPLAINT

CERTIFIED MAIL 7004 1350 0002 3059 4410

December 17, 2008

Mid Continent Credit Services
PO Box 75076
Wichita KS 67257

RE:   Your File Number 993263
      $572.68

Dear Sir or Madam:

I am in receipt of the attached notice from Mid Continent Credit Services dated 11/26/08 in which you are attempting to collect the above referenced debt. Please note the following:

1) **I am disputing this debt in its entirety. I have disputed this debt with the original creditor, Dr Ed Lind and Family Medical Center, 1101 N Rock Rd, Derby KS 67037. I have also a formal complaint filed with the Kansas State Board of Healing Arts regarding this alleged outstanding debt.**

2) Your initial validation notice (attached) is dated 11/26/08. You are violating my rights under the FDCPA by attempting to collect this debt within the 30 day initial validation notice stay by calling me on my cell phone on 12/16/08 to demand payment.

3) Collector Don Smith called 12/16/08 on my cell phone 316-250-1354 and demanded payment in full. I advised him this is my cell phone, he is costing me money and to cease dialing this number. I gave him contact number 316-263-4680 which is my work number as an alternative contact number. **However, providing my work number as an alternate contact number does not supercede the dispute status of this account.**

4) Collector Don Smith flatly refused to remove my cell number and specifically said "I am going to call you every day on 316-250-1354." Under the FDCPA, a collection agency cannot cost consumers money in their efforts to collect a debt. All calls to my cell phone 316-250-1354 must stop immediately.

Please mark your records that this account is being disputed in its entirety with the original creditor. If you are reporting this account to the Credit Reporting Agencies ("CRA") as a collection item, you must notify all three CRAs this account is in dispute status in order to protect my rights under the Fair Credit Reporting Act ("FCRA"). I also expect my personal medical records to be kept confidential and all personal information protected under the Gramm-Leach-Bliley privacy act, which notice you have yet to provide to me.

I am sending a copy of this letter to the Kansas Attorney General since you are violating the 30 day initial validation notice period and you refuse to remove my cell phone from your records.

Signed,

Benjamin D Rusk
342 N Vassar
Wichita KS 67208

Cc:   Kansas Attorney General – Consumer Protection/Antitrust Division

1
2
3
4
5
6   **EXHIBIT C**
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

- 9 -

COMPLAINT

| # | Day | Date | Time | Number | Location | Min | Rate | Type | Feat | Chg1 | Chg2 | Chg3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 84 | FRI | 12/12/2008 | 8:21PM | 316-265-1381 | WICHITA KS | 1 | RM85 | DT | | 0.00 | 0.00 | 0.00 |
| 85 | FRI | 12/12/2008 | 10:32PM | 316-618-9551 | INCOMING CL | 2 | UNWO | NW | | 0.00 | 0.00 | 0.00 |
| 86 | SAT | 12/13/2008 | 10:26AM | 316-263-4685 | INCOMING CL | 1 | UNWO | NW | | 0.00 | 0.00 | 0.00 |
| 87 | SAT | 12/13/2008 | 12:52PM | 316-618-9551 | INCOMING CL | 3 | UNWO | NW | | 0.00 | 0.00 | 0.00 |
| 88 | SAT | 12/13/2008 | 4:20PM | 316-807-4010 | INCOMING CL | 1 | UNWO | NW | | 0.00 | 0.00 | 0.00 |
| 89 | SAT | 12/13/2008 | 6:35PM | 316-618-9551 | INCOMING CL | 6 | UNWO | NW | | 0.00 | 0.00 | 0.00 |
| 90 | SAT | 12/13/2008 | 7:29PM | 316-619-6798 | WICHITA KS | 1 | UNWO | NW | | 0.00 | 0.00 | 0.00 |
| 91 | SAT | 12/13/2008 | 8:05PM | 316-618-9551 | INCOMING CL | 3 | UNWO | NW | | 0.00 | 0.00 | 0.00 |
| 92 | SUN | 12/14/2008 | 11:03AM | 316-618-9551 | INCOMING CL | 1 | UNWO | NW | | 0.00 | 0.00 | 0.00 |
| 93 | SUN | 12/14/2008 | 12:34PM | 316-807-4010 | INCOMING CL | 17 | UNWO | NW | | 0.00 | 0.00 | 0.00 |
| 94 | SUN | 12/14/2008 | 4:00PM | 316-807-4010 | INCOMING CL | 1 | UNWO | NW | | 0.00 | 0.00 | 0.00 |
| 95 | SUN | 12/14/2008 | 4:33PM | 316-618-9551 | INCOMING CL | 4 | UNWO | NW | | 0.00 | 0.00 | 0.00 |
| 96 | SUN | 12/14/2008 | 5:43PM | 316-618-9551 | INCOMING CL | 3 | UNWO | NW | | 0.00 | 0.00 | 0.00 |
| 97 | SUN | 12/14/2008 | 7:02PM | 316-618-9551 | INCOMING CL | 2 | UNWO | NW | | 0.00 | 0.00 | 0.00 |
| 98 | SUN | 12/14/2008 | 9:09PM | 316-618-9551 | WICHITA KS | 3 | UNWO | NW | | 0.00 | 0.00 | 0.00 |
| 99 | SUN | 12/14/2008 | 9:52PM | 316-618-9551 | WICHITA KS | 2 | UNWO | NW | | 0.00 | 0.00 | 0.00 |
| 100 | MON | 12/15/2008 | 7:48AM | 316-263-4685 | WICHITA KS | 2 | RM85 | DT | | 0.00 | 0.00 | 0.00 |
| 101 | MON | 12/15/2008 | 9:36AM | 316-250-9543 | INCOMING CL | 1 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 102 | MON | 12/15/2008 | 11:52AM | 316-390-9111 | WICHITA KS | 1 | RM85 | DT | | 0.00 | 0.00 | 0.00 |
| 103 | MON | 12/15/2008 | 12:00PM | 316-390-9111 | INCOMING CL | 2 | RM85 | DT | | 0.00 | 0.00 | 0.00 |
| 104 | MON | 12/15/2008 | 1:47PM | 316-655-4358 | WICHITA KS | 1 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 105 | MON | 12/15/2008 | 1:48PM | 316-250-9543 | WICHITA KS | 1 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 106 | MON | 12/15/2008 | 6:05PM | 316-644-3779 | INCOMING CL | 2 | RM85 | DT | | 0.00 | 0.00 | 0.00 |
| 107 | MON | 12/15/2008 | 6:41PM | 316-250-9543 | INCOMING CL | 1 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 108 | MON | 12/15/2008 | 8:47PM | 316-644-3779 | INCOMING CL | 2 | RM85 | DT | | 0.00 | 0.00 | 0.00 |
| 109 | MON | 12/15/2008 | 9:48PM | 316-942-5163 | INCOMING CL | 4 | UNWO | NW | | 0.00 | 0.00 | 0.00 |
| 110 | MON | 12/15/2008 | 10:22PM | 316-618-9551 | WICHITA KS | 3 | UNWO | NW | | 0.00 | 0.00 | 0.00 |
| 111 | TUE | 12/16/2008 | 6:47AM | 316-744-7041 | INCOMING CL | 1 | UNWO | NW | | 0.00 | 0.00 | 0.00 |
| 112 | TUE | 12/16/2008 | 8:17AM | 316-250-9543 | WICHITA KS | 1 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 113 | TUE | 12/16/2008 | 8:18AM | 316-618-9551 | WICHITA KS | 4 | RM85 | DT | | 0.00 | 0.00 | 0.00 |
| 114 | TUE | 12/16/2008 | 8:49AM | 316-250-9543 | WICHITA KS | 1 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 115 | TUE | 12/16/2008 | 12:21PM | 316-250-9543 | WICHITA KS | 2 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| **116** | **TUE** | **12/16/2008** | **12:50PM** | **316-613-3575** | **INCOMING CL** | **2** | **RM85** | **DT** | | **0.00** | **0.00** | **0.00** |
| 117 | TUE | 12/16/2008 | 6:57PM | 316-618-9551 | WICHITA KS | 1 | RM85 | DT | | 0.00 | 0.00 | 0.00 |
| 118 | TUE | 12/16/2008 | 7:01PM | 316-618-9551 | INCOMING CL | 3 | RM85 | DT | | 0.00 | 0.00 | 0.00 |
| 119 | TUE | 12/16/2008 | 8:55PM | 316-618-9551 | INCOMING CL | 5 | RM85 | DT | | 0.00 | 0.00 | 0.00 |
| 120 | TUE | 12/16/2008 | 9:05PM | 316-390-9111 | INCOMING CL | 8 | UNWO | NW | | 0.00 | 0.00 | 0.00 |
| 121 | TUE | 12/16/2008 | 10:54PM | 316-618-9551 | WICHITA KS | 3 | UNWO | NW | | 0.00 | 0.00 | 0.00 |
| 122 | WED | 12/17/2008 | 6:53AM | 316-744-7041 | INCOMING CL | 3 | UNWO | NW | | 0.00 | 0.00 | 0.00 |
| 123 | WED | 12/17/2008 | 9:04AM | 316-390-9111 | INCOMING CL | 1 | RM85 | DT | | 0.00 | 0.00 | 0.00 |
| 124 | WED | 12/17/2008 | 9:50AM | 316-644-3779 | INCOMING CL | 2 | RM85 | DT | | 0.00 | 0.00 | 0.00 |
| 125 | WED | 12/17/2008 | 11:44AM | 316-644-3779 | INCOMING CL | 4 | RM85 | DT | | 0.00 | 0.00 | 0.00 |
| 126 | WED | 12/17/2008 | 5:13PM | 316-644-3779 | INCOMING CL | 2 | RM85 | DT | | 0.00 | 0.00 | 0.00 |
| 127 | WED | 12/17/2008 | 5:22PM | 316-618-9551 | INCOMING CL | 2 | RM85 | DT | | 0.00 | 0.00 | 0.00 |
| 128 | WED | 12/17/2008 | 5:38PM | 316-858-1900 | INCOMING CL | 3 | RM85 | DT | | 0.00 | 0.00 | 0.00 |
| 129 | WED | 12/17/2008 | 6:50PM | 316-250-9543 | WICHITA KS | 5 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 130 | WED | 12/17/2008 | 7:48PM | 316-618-9551 | WICHITA KS | 1 | RM85 | DT | | 0.00 | 0.00 | 0.00 |
| 131 | WED | 12/17/2008 | 7:52PM | 316-618-9551 | WICHITA KS | 3 | RM85 | DT | | 0.00 | 0.00 | 0.00 |
| 132 | WED | 12/17/2008 | 10:17PM | 316-618-9551 | WICHITA KS | 2 | UNWO | NW | | 0.00 | 0.00 | 0.00 |
| 133 | WED | 12/17/2008 | 10:22PM | 316-618-9551 | WICHITA KS | 5 | UNWO | NW | | 0.00 | 0.00 | 0.00 |
| 134 | WED | 12/17/2008 | 10:49PM | 316-618-9551 | INCOMING CL | 4 | UNWO | NW | | 0.00 | 0.00 | 0.00 |
| 135 | THU | 12/18/2008 | 6:53AM | 316-744-7041 | INCOMING CL | 2 | UNWO | NW | | 0.00 | 0.00 | 0.00 |
| 136 | THU | 12/18/2008 | 9:03AM | 316-250-9543 | WICHITA KS | 1 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 137 | THU | 12/18/2008 | 9:14AM | 316-390-9111 | INCOMING CL | 1 | RM85 | DT | | 0.00 | 0.00 | 0.00 |
| 138 | THU | 12/18/2008 | 3:24PM | 316-644-3779 | WICHITA KS | 4 | RM85 | DT | | 0.00 | 0.00 | 0.00 |
| 139 | THU | 12/18/2008 | 5:53PM | 316-644-3779 | WICHITA KS | 1 | RM85 | DT | | 0.00 | 0.00 | 0.00 |
| 140 | THU | 12/18/2008 | 6:25PM | 316-250-9543 | INCOMING CL | 1 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |
| 141 | THU | 12/18/2008 | 8:54PM | 316-618-9551 | INCOMING CL | 1 | RM85 | DT | | 0.00 | 0.00 | 0.00 |
| 142 | THU | 12/18/2008 | 9:17PM | 316-618-9551 | WICHITA KS | 3 | UNWO | NW | | 0.00 | 0.00 | 0.00 |
| 143 | THU | 12/18/2008 | 9:32PM | 316-619-6798 | WICHITA KS | 1 | UNWO | NW | | 0.00 | 0.00 | 0.00 |
| 144 | THU | 12/18/2008 | 10:12PM | 316-636-2629 | WICHITA KS | 16 | UNWO | NW | | 0.00 | 0.00 | 0.00 |
| 145 | FRI | 12/19/2008 | 2:55AM | 316-618-9551 | INCOMING CL | 2 | UNWO | NW | | 0.00 | 0.00 | 0.00 |
| 146 | FRI | 12/19/2008 | 9:57AM | 316-250-9543 | WICHITA KS | 5 | ESM1 | DT | M2MC | 0.00 | 0.00 | 0.00 |

# **EXHIBIT D**

COMPLAINT

CERTIFIED MAIL 7000 0520 0019 0503 831‍

August 19, 2009

Mr. Paul D Matzek, President
Mid Continent Credit Services
PO Box 75076
Wichita KS 67257

RE:   Your File Number 993263
      $572.68

Dear Mr. Matzek:

I am in receipt of your letter dated 8/13/2009 in which your company is now threatening legal action. You continue to repeatedly and willfully violate the FDCPA. Unless you are the legal owner of this account, you are well aware that you may not threaten any legal actions where you have no authority to sue, or to retain counsel. Only the legal owner of the account can threaten litigation, and only if it intends to do so. **If you are the legal owner of this account, I demand written verification as such. If you are collecting on behalf of the *original* creditor, and do not have ownership in this account and therefore cannot sue as you do not have the legal right to, I demand written verification to that effect as well.**

This debt has been and remains in dispute with the original creditor and a complaint has been filed with the Kansas State Board of Healing Arts in regards to this debt. You were properly notified via Certified Mail 7004 1350 0002 3059 4410 dated 12/17/2008 within the 30-day initial validation period. Attached is recent status update from the Kansas State Board of Healing Arts which states the investigation is still pending. This is my third written request for verification that my personal medical records to be kept confidential and all personal information is protected under the Gramm-Leach-Bliley privacy act, which you have failed to provide to me upon each of my written requests.

Your company violated my rights under the FDCPA by attempting to collect this debt within the 30 day initial validation notice stay by calling me on my cell phone on 12/16/08 to demand payment. Collector Don Smith called 12/16/08 on my cell phone 316-250-1354 and demanded payment in full. I advised him this is my cell phone, he is costing me money and to cease dialing this number. I gave him contact number 316-263-4680 which is my work number as an alternative contact number. **However, providing my work number as an alternate contact number does not supercede the dispute status of this account.** Collector Don Smith flatly refused to remove my cell number and specifically said "I am going to call you every day on 316-250-1354." Under the FDCPA, a collection agency cannot cost consumers money in their efforts to collect a debt.

As stated before, you are required to mark your records that this account is being disputed in its entirety with the original creditor. If you are reporting this account to the Credit Reporting Agencies ("CRA") as a collection item, you must notify all three CRAs this account is in dispute status in order to protect my rights under the Fair Credit Reporting Act ("FCRA").

Signed,

Benjamin D Rusk
342 N Vassar
Wichita KS 67208