Patrick Cuezze, Esq. (SBN 19766)
Krohn & Moss, Ltd.
120 W. Madison Street, 10th Floor
Chicago, IL 60602
T: (816) 931-0911; F: (866) 802-0021
pcuezze@consumerlawcenter.com
Attorneys for Plaintiff,
BENJAMIN RUSK

# IN THE DISTRICT COURT OF KANSAS
## KANSAS CITY DIVISION

| | |
|---|---|
| BENJAMIN RUSK, ) | **Case No.: 09-cv-2508 CM/KGS** |
| ) | |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| ) | |
| vs. ) | |
| ) | |
| MID CONTINENT CREDIT SERVICES, ) | |
| INC., ) | |
| Defendant. ) | |
| ) | |

   NOW COMES the Plaintiff, BENJAMIN RUSK, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

   Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                                       RESPECTFULLY SUBMITTED,

   DATED: December 24, 2009             KROHN & MOSS, LTD.


                                                 By:   /s/ Patrick Cuezze          _
                                                       Patrick Cuezze, Esq.
                                                       120 W. Madison Street, 10th Floor
                                                       Chicago, IL 60602

- 1 -

Notice of Settlement

## CERTIFICATE OF SERVICE

I, Paul Palomo, hereby certify that a copy of the foregoing **1) Notice of Settlement** was sent via FIRST CLASS MAIL to:

    Eric D. Bruce
    Bruce, Bruce, & Lehman, LLC
    3330 W. Douglas
    Whichita  KS  67203

Dated:  December 24, 2009      /s/ Paul E. Palomo
                                                      Paul E. Palomo
                                                      Krohn & Moss, Ltd.
                                                      10474 Santa Monica Blvd. Suite 401
                                                      Los Angeles, CA  90025
                                                      T: (323) 988-2400; F: (866) 583-3695
                                                      ppalomo@consumerlawcenter.com